# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142923(54)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                     SC: 142923
                                     COA: 295444
                                     Emmet CC: 09-003137-FC

MICHAEL SHAWN JARVIS,
        Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's September 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

       MARILYN KELLY, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

d0416